FILED
SEP 20 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

AUSA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA '07 MJ 8802

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. Raul Antonio LOPEZ, Defendant | Magistrate Case No.: COMPLAINT FOR VIOLATION OF Title 21 U.S.C.§ 841(a)(1) Possession of a controlled substance with Intent to Distribute |

The undersigned complainant duly sworn states:

That on or about September 18, 2007, within the Southern District of California, defendant Raul Antonio LOPEZ did knowingly and intentionally possess with intent to distribute approximately 146.28 kilograms (322.5 pounds) of marijuana a Schedule I Controlled Substance, in violation of Title 21 United States Code, Section 841(a)(1).

And the complainant states that this complaint is based on the attached Statement of Facts, which is incorporated herein by reference.

Victor J. Vazquez, Special Agent
Drug Enforcement Administration

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE THIS 20TH DAY OF SEPTEMBER, 2007.

Peter C. Lewis
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Raul Antonio LOPEZ

STATEMENT OF FACTS

I, Special Agent Victor Vazquez, of the Drug Enforcement Administration affirm that the following is true and correct:

On September 18, 2007, as the Duty Agent for the Imperial County District Office (ICDO), I responded to the United States Border Patrol (USBP) Station in El Centro, CA and was provided the following information from United States Border Patrol reports, and statements from the arresting agents regarding the arrest of Raul Antonio LOPEZ:

On September 18, 2007, United States Senior Border Patrol Agent R. Fernandez from the United States Border Patrol Mountain Disrupt Unit (MDU) was conducting surveillance along California State Route 2 (S2), near Ocotillo, California. S2 is commonly used by illegal alien and narcotic smugglers to circumvent the permanent Border Patrol traffic checkpoints. Recent intelligence passed on to all agents of the El Centro Border Patrol Station indicated that narcotic smugglers are using construction-type vehicles to smuggle their contraband north via S2 and are being escorted by armed individuals.

At approximately 6:49 P.M., BPA Fernandez observed a white Ford cargo truck driving northbound on S2. As the Ford approached BPA Fernandez' stationary location, it made a complete stop, at the stop sign. BPA Fernandez observed what appeared to be an unusual structural configuration supporting the flatbed of the Ford truck.

The flatbed of the Ford truck appeared to be at a level higher than that of most trucks and BPA Fernandez was able to clearly observe this due to the fact that his Patrol Unit sat lower than the Ford truck and BPA Fernandez' eye level was level to that of the flatbed of the ford truck. BPA Fernandez also observed that the undercarriage of the Ford truck appeared to form a box between the frame rails of the Ford truck that extended from below the flatbed down to the level just above the axels, which appeared to run the length of the flatbed. The side appeared to be constructed of wood and spray painted black to resemble metal. Based on BPA Fernandez' experience, trucks altered in this manner have been found to contain illegal aliens or narcotics.

BPA Fernandez notified other agents of the MDU and began conducting surveillance of the Ford truck as it continued to travel northbound on Route 2. BPA Fernandez observed that the vehicle was traveling at an unusually slow rate of speed (approximately 55 mph). On these routes, the speed limit is 65 mph and vehicles normally travel up to 75 mph. BPA Fernandez recognized this as common behavior of illegal alien smugglers attempting to avoid being stopped by local and state law enforcement agencies for traffic violations. BPA Fernandez then observed the Ford truck sway from side to side as if the driver was not paying attention to the road in front of him. At that point, BPA Fernandez conducted a vehicle stop of the Ford truck. As BPA Fernandez approached the driver's side of the Ford, he immediately noticed the strong unmistakable odor of Marijuana, BPA Fernandez then contacted the driver later identified as Raul Antonio LOPEZ.

BPA Fernandez identified himself as a United States Border Patrol Agent and questioned LOPEZ regarding his citizenship status. LOPEZ stated that he was a U.S. citizen. BPA Fernandez asked LOPEZ who owned the vehicle, LOPEZ stated that his Aunt was the owner. When BPA Fernandez asked for his (LOPEZ) aunt's name, LOPEZ could not remember. LOPEZ was then asked where he was coming from. LOPEZ stated Brawley, California and after further questioning, LOPEZ stated he was coming from Calexico, California. LOPEZ appeared to be very nervous during the questioning of the BPAs.

BPA Fernandez asked LOPEZ for consent to search the Ford truck and specifically asked for consent to search the non-factory compartment under the cargo bed. LOPEZ granted permission. During the search of the under carriage, BPA Fernandez observed a large bundle wrapped in what appeared to be plastic and smelled the strong odor of marijuana.

BPA Fernandez requested for a USBP K-9 to perform a K-9 inspection on the vehicle. The K-9 alerted to the flatbed area of the Ford. A subsequent search of the truck revealed numerous plastic wrapped bundles in the trunk. A total of 23 bundles containing a green leafy substance were discovered by BPAs. BPA A. Doly tested the green leafy substance, which tested positive for the presence of marijuana. A total of 146.28 kilograms (322.5 pounds) of marijuana were seized.

DEA Special Agent (SA) Victor Vazquez and Task Force Officer (TFO) Jimmy Vance interviewed LOPEZ. SA Vance witnessed SA Vazquez advising LOPEZ of his Miranda warnings. LOPEZ was read his Miranda Warnings from a DEA-13 Card in English. LOPEZ stated he understood

his rights and agreed to answer agents' questions. LOPEZ stated he was to be paid $2,500.00 to drive the Ford, which he knew contained marijuana, from El Centro, California to Lakeside, California. Additionally, LOPEZ stated that this was his second time driving the Ford, while smuggling Marijuana.