**NICHOLAS DE PENTO**
Attorney at Law
State Bar No. 47672
550 West "C" Street
Suite 1160
San Diego, California 92101
Telephone (619) 236-1151
Fax (619) 236-1389
depentolaw@sbcglobal.net

Attorney for Defendant
**RAUL ANTONIO LOPEZ**

FILED
OCT -2 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY EF            DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RAUL ANTONIO LOPEZ,<br><br>Defendant, | Case No. 07-MJ-08802-PCL<br><br>**SUBSTITUTION OF ATTORNEY** |

I, Raul Antonio Lopez, Defendant, hereby substitute Nicholas De Pento Attorney, in place of my appointed Attorney Keith Rutman.

Dated: 10-2-07

_____
Raul Antonio Lopez

I, Nicholas De Pento, Attorney accept.

Dated: 10/2/07

_____
Nicholas De Pento
Sp. appearing for Nicholas DePento
-Melinda Sharpy

I, Keith Rutman Attorney agree.

Dated: 10/2/07

_____
Keith Rutman

IT IS SO ORDERED:

_____
PETER C. LEWIS
US MAGISTRATE JUDGE

SUBSTITUTION OF ATTORNEY                          1