FILED
OCT 16 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [initials] DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>RAUL ANTONIO LOPEZ,<br>Defendant. | Criminal Case No. 07CR2868-IEG<br>I N F O R M A T I O N<br>Title 21, U.S.C., Sec. 841(a)(1) - Possession of Marijuana with Intent to Distribute (Felony) |

The United States Attorney charges:

On or about September 18, 2007, within the Southern District of California, defendant RAUL ANTONIO LOPEZ, did knowingly and intentionally possess, with intent to distribute, 100kilograms or more, to wit: approximately 146.28 kilograms (approximately 322.50 pounds) of marijuana, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

DATED: October 16, 2007.

KAREN P. HEWITT
United States Attorney

[signature]

REBECCA S. KANTER
Assistant U.S. Attorney

RSK:psd:Imperial
10/16/07