AO 455 (Rev. 5/85) Waiver of Indictment

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA

v.

RAUL ANTONIO LOPEZ

**WAIVER OF INDICTMENT**

07CR2868-IEG

CASE NUMBER: 07 MJ 8802

I, RAUL ANTONIO LOPEZ, the above-named defendant, who is accused of committing the following offense: TITLE 21, USC § 841(a)(1)

Possession of Marijuana with Intent to Distribute, in violation of Title 21, United States Code, Section 841(a)(1) (Felony).

being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on 10-16-07 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Defendant

Defense Counsel

Before Judicial Officer

FILED

OCT 16 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY