PS 8
(8/88)

# United States District Court
for
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
07 NOV -5 PM 12:36
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

**U. S. A. vs. LOPEZ, RAUL ANTONIO** **Docket No. 07CR2868IEG-001**

**Petition for Action on Conditions of Pretrial Release**

Comes now Anthony Ortiz Pretrial Services Officer presenting an official report upon the conduct of defendant Raul Antonio Lopez who was placed under pretrial release supervision by the Honorable Peter C. Lewis sitting in the court at San Diego, on the twentieth day of September, 2007, under the following conditions:

restrict travel to Southern District of California; do not enter Mexico; report for supervision to Pretrial Services Agency (PSA) as directed by the assigned Pretrial Services Officer and pay for the reasonable costs of supervision in an amount determined by PSA and approved by the Court; not possess or use any narcotic drug or other controlled substance as defined in 21 U.S.C.§ 802, without a lawful medical prescription; not possess any firearm or other dangerous weapon or explosive device; read, or have explained, and acknowledge understanding of the Advice of Penalties and Sanctions Forms; Provide the court a current residence address and telephone number prior to release from custody and keep it current while the case is pending; actively seek and maintain full-time employment, schooling, or combination both;

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

1. On October 11, 2007, the defendant reported to Pretrial Services he had used marijuana in the past and last used marijuana on the day of his arrest.

**PRAYING THAT THE COURT WILL MODIFY THE DEFENDANT'S CONDITIONS OF RELEASE AND ORDER THE DEFENDANT TO SUBMIT TO TESTING AND/OR TREATMENT AS SPECIFIED BY THE PRETRIAL SERVICES OFFICER.**

ORDER OF COURT

Considered and ordered this 2nd day of Nov., 2007 and ordered filed and made a part of the records in the above case.

[signature]
U. S. District Judge, Irma E. Gonzalez

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 10/30/07

Respectfully,

[signature]
Anthony Ortiz, U.S. Pretrial Services Officer
619 557-6323

Place San Diego, California

Date October 30, 2007