PS 8
(8/88)

# United States District Court
for
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
07 NOV 21 PM 12:28
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

U. S. A. vs. LOPEZ, RAUL ANTONIO **Docket No. 07CR2868IEG-001**

**Petition for Modification on Conditions of Pretrial Release**

Comes now Anthony Ortiz Pretrial Services Officer presenting an official report upon the conduct of defendant Raul Antonio Lopez who was placed under pretrial release supervision by the Honorable Peter C. Lewis sitting in the court at San Diego, on the twentieth day of September, 2007, under the following conditions:

restrict travel to Southern District of California; do not enter Mexico; report for supervision to Pretrial Services Agency (PSA) as directed by the assigned Pretrial Services Officer and pay for the reasonable costs of supervision in an amount determined by PSA and approved by the Court; not possess or use any narcotic drug or other controlled substance as defined in 21 U.S.C.§ 802, without a lawful medical prescription; not possess any firearm or other dangerous weapon or explosive device; read, or have explained, and acknowledge understanding of the Advice of Penalties and Sanctions Forms; Provide the court a current residence address and telephone number prior to release from custody and keep it current while the case is pending; actively seek and maintain full-time employment, schooling, or combination both; **11/02/07:** submit to testing and/or treatment as specified by the Pretrial Services officer for alcohol or drug abuse.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

1. On November 13, 2007, the defendant reported to Pretrial Services he had used marijuana on or about October 20, 2007.

2. On November 13, 2007, the defendant reported to the undersigned he may be suffering from depression and would prefer the assistance of psychological counseling to address any mental or drug related issues.

**PRAYING THAT THE COURT WILL MODIFY THE DEFENDANT'S CONDITIONS OF RELEASE AND ORDER THE DEFENDANT TO SUBMIT TO TESTING AND/OR TREATMENT AS SPECIFIED BY THE PRETRIAL SERVICES OFFICER FOR PSYCHIATRIC OR PSYCHOLOGICAL COUNSELING.**

ORDER OF COURT

Considered and ordered this 20th day of November, 2007 and ordered filed and made a part of the records in the above case.

Irma E. Gonzalez

U. S. District Judge, Irma E. Gonzalez

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 11/16/07

Respectfully,

Anthony Ortiz, U.S. Pretrial Services Officer
619 557-6323

Place San Diego, California

Date November 16, 2007