**NICHOLAS DE PENTO**
Attorney at Law
State Bar No. 47672
550 West "C" Street
Suite 1160
San Diego, California 92101
Telephone (619) 236-1151
Fax (619) 236-1389
depentolaw@sbcglobal.net

Attorney for Defendant
**RAUL LOPEZ**

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE IRMA E. GONZALEZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>**RAUL LOPEZ**<br><br>Defendant | Case No. 07 CR 2868 IEB<br><br>ACKNOWLEDGMENT OF CHANGE OF DATE |

Defendant Raul Lopez hereby acknowledges that the original scheduled Sentencing Hearing date of 1/14/2008 has been changed by the Court to 3/03/2008 at 9:00 am before the Honorable Irma E. Gonzalez, District Court in San Diego.

Defendant acknowledges that he will appear on that date of 3/03/2008 at 9:00am.

Date: 12-12-07

[signature]
RAUL LOPEZ

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

**MAILING INFORMATION FOR A CASE 07 CR 2868 IEB**

1. **Electronic Mail Notice List**

The following are those who are currently on the list to receive email notices for this case.

| | |
|---|---|
| Jeff Moore | JeffMoore@usdoj.gov |
| Nicholas De Pento | depentolaw@sbcglobal.net |

Date: December 14, 2007

/s/ Nicholas DePento
NICHOLAS DePENTO
Attorney for Defendant
550 West C Street, Suite 1160
San Diego, CA 92101
(619) 236-1151
depentolaw@sbcglobal.net