UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. RAUL ANTONIO LOPEZ, Defendant. | Criminal Case No. 07-CR-2868-IEG<br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

I, George V. Manahan, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of the Notice of Appearance as lead counsel for the United States, dated December 19, 2007, and this Certificate of Service, dated December 20, 1997, on the following party or parties by electronically filing the foregoing with the Clerk of the U.S. District Court for the Southern District of California using its ECF System, which electronically notifies:

Nicholas De Pento, Attorney for the Defendant.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on December 20, 2007.

s/George V. Manahan
GEORGE V. MANAHAN
Assistant U.S. Attorney